**Colt B. Dodrill, Esq.**
**Nevada Bar No.: 9000**
**WOLFE & WYMAN LLP**
**980 Kelly Johnson Drive, Suite 140**
**Las Vegas, NV 89119**
**Tel: (702) 476-0100**
**Fax: (702) 476-0101**
**cbdodrill@wolfewyman.com**

Attorneys for Defendant
**GMAC Mortgage, LLC**
(erroneously named as GMAC Mortgage Group, LLC)

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| YVETTE WEINSTEIN, CHAPTER 7 TRUSTEE OF THE MICHELE L. COUEVES BANKRUPTCY ESTATE (Re: 1518 Twin Springs Court),<br><br>      Plaintiffs,<br>   v.<br><br>DONOVAN MCINTOSH, individually, STEARNS LENDING, INC., a foreign corporation, CREATIVE MORTGAGE CONCEPTS, a domestic company, ROE Rating Company, GMAC MORTGAGE GROUP, LLC a foreign corporation, MORGAGEIT, INC., a foreign corporation, EMC CORP., a foreign corporation, MAYFLOWER MORTGAGE, a domestic corporation, DOES 1 – 100, inclusive, ROE CORPORATION 1-1000, inclusive,<br><br>      Defendants. | CASE NO. 2:10-cv-00431-KJD-RJJ<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**TO: THE HONORABLE COURT, AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that Rachel E. Donn, Esq. from the firm of Wolfe & Wyman is no longer counsel of record in the above-captioned matter and should be removed from all further

///

///

1
NOTICE OF CHANGE OF ATTORNEY

1  notices.  The new attorney to be added and noticed of all further filings and hearings is as follows:

2        Colt B. Dodrill (Nevada Bar No. 9000)
      cbdodrill@wolfewyman.com

3

4  DATED:  July 8, 2010           WOLFE & WYMAN LLP

5

6            By: /s/ Colt B. Dodrill

7            COLT B. DODRILL, ESQ.
Nevada Bar No. 9000

8  980 Kelly Johnson Drive, Suite 140
Las Vegas, NV 89119

9  Phone (702) 476-0100
Fax (702) 476-0101

10

11  **Attorneys for Defendant
GMAC Mortgage, LLC**

12

13  H:\Matters\GMAC (1477)\046 (Weinstein-McIntosh)\Pleadings\Notice Change Attorney.doc

14

15

16  IT IS SO ORDERED.

17

18  _____
UNITED STATES MAGISTRATE JUDGE

19  DATE: JULY 8, 2010

20

21

22

23

24

25

26

27

28

2
NOTICE OF CHANGE OF ATTORNEY