Mark G. Tratos (Bar No. 1086)
tratosm@gtlaw.com
F. Christopher Austin (Bar No. 6559)
austinc@gtlaw.com
Laraine M. I. Burrell (Bar No. 8771)
burrelll@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for Defendant
MORTGAGEIT, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YVETTE WEINSTEIN, CHAPTER 7 TRUSTEE OF THE MICHELE L. COUEVES BANKRUPTCY ESTATE (Re: 1518 Twin Springs Court),<br><br>Plaintiffs,<br><br>vs.<br><br>DONOVAN MCINTOSH, individually, STEARNS LENDING, INC., a foreign corporation, CREATIVE MORTGAGE CONCEPTS, a domestic company, ROE Rating Company, GMAC MORTGAGE GROUP, LLC a foreign corporation, MORTGAGEIT, INC., a foreign corporation, EMC CORP., a foreign corporation, MAYFLOWER MORTGAGE, a domestic corporation, DOES 1 - 100, inclusive, ROE CORPORATION 1 - 1000, inclusive,<br><br>Defendants. | CASE NO. 2:10-cv-00431-KJD-RJJ<br><br>**STIPULATION AND ORDER TO DISMISS MORTGAGEIT, INC., STEARNS LENDING, INC., GMAC MORTGAGE GROUP, LLC. AND EMC CORP.,**<br><br>**AND**<br><br>**TO VACATE ALL PENDING MOTIONS** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants, MortgageIT, INC, ("MortgageIT"), Stearns Lending, Inc. ("Sterns Lending"), GMAC Mortgage Group, LLC ("GMAC"), EMC Corp. ("EMC") and Plaintiff, Yvette Weinstein, Chapter 7 Trustee on behalf of Michele L. Coueves Bankruptcy Estate ("Weinstein"), by and through their undersigned counsel, that the Amended Complaint is hereby dismissed with prejudice, with each party to bear its own costs.

- 1 -

1  Further, all pending motions are hereby vacated.

2  IT IS FURTHER STIPULATED, that Plaintiff does hereby voluntarily dismiss with

3  prejudice, all other named Defendants in this matter.

4  Dated: August 11, 2010

By: /s/ Laraine M. I. Burrell
Mark G. Tratos
Laraine M. I. Burrell
GREENBERG TRAURIG, LLP
3773 Howard Hughes Pkwy., Suite 400N
Las Vegas, NV 89169
Counsel for *Mortgage IT, Inc.*

By: /s/ Cassie R. Stratford
Cynthia L. Alexander
Cassie R. Stratford
SNELL & WILMER LLP
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169
Counsel for *Stearns Lending, Inc.*

By: /s/ Jacob S. Smith
Steven T. Jaffe
Michael R. Hall
Jacob S. Smith
HALL JAFFE & CLAYTON, LLP
7455 W. Washington Ave., #460
Las Vegas, NV 89128
Counsel for Mortgage IT, Inc.

By: /s/ Colt B. Dodrill
Colt B. Dodrill
WOLFE & WYMAN
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV 89119
Counsel for *GMAC Mortgage Group, LLC*

G. Dallas Horton
G. DALLAS HORTON & ASSOCIATES
4435 South Eastern Avenue
Las Vegas, NV 89119

Robert D. Vannah
Mark L. Jackson
VANNAH & VANNAH
400 South 4th Street, 6th Floor
Las Vegas, NV 89101
Counsel for *Plaintiff*

By: /s/ Jordan J. Butler
Jay Earl Smith
Jordan J. Butler
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Counsel for *EMC Mortgage Corp.*

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the Amended Complaint is dismissed with prejudice as to MortgageIT, Inc., Stearns Lending, Inc., GMAC Mortgage Group, LLC, and EMC Corp., with each party to bear its own costs.

2. All pending motions are vacated.

3. That the Amended Complaint is dismissed with prejudice as to all other named Defendants.

IT IS SO ORDERED on this 13 day of August, 2010.

By: _____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

**GREENBERG TRAURIG, LLP**

/s/ Laraine M. I. Burrell
Mark G. Tratos (Bar No. 1086)
Laraine M. I. Burrell (Bar No. 8771)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Counsel For Defendant*
*MortgageIT Inc.*

- 3 -